(April 20, 1998)

■ In the Matter of WALTER B. ADAM (Admitted as WALTER BENNETT ADAM), a Suspended Attorney. [673 NYS2d 904] —Motion for reargument granted, and upon reargument, the prior unpublished Order and Opinion Per Curiam entered March 24, 1998 (M-8) is recalled and vacated, the Order and Opinion Per Curiam entered April 20, 1998 herein, are substituted therefor *under seal,* and the application to seal the proceedings is granted except as to the fact of respondent's suspension, effective, *nunc pro tunc,* March 24, 1998, and until the further order of this Court. Concur—Sullivan, J. P., Rubin, Tom, Mazzarelli and Andrias, JJ.